PROB 12D
(6/05)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 05 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Summons and Modification of the Conditions or Term of Supervision

Name of Offender:  Stanley Joseph Squetimkin          Case Number: 2:04CR00122-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 4/5/2005          Type of Supervision:    Supervised Release

Original Offense: Sexual Abuse of a Minor,          Date Supervision Commenced:
18 U.S.C. § 2243(a), 2246(2)(A) and (C)          10/15/2009

Original Sentence:  Prison - 18 Months;          Date Supervision Expires:
TSR - 36 Months          10/14/2012

### PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows: to modify the conditions of supervision as follows:

14      You shall reside in a residential reentry center (RRC) for a period up to  180 days.  This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO.  You shall abide by the rules and requirements of the facility.  You shall remain at the facility until discharged by the Court.

### CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

Stanley Squetimkin is scheduled to release from the custody of the Bureau of Prisons on October 15, 2009. To date, he has not provided a release address for investigation.  Additionally, the defendant has refused to sign the appropriate release of information forms with the probation office to allow participation in sex offender treatment. Given the fact the defendant does not have an approved release address, and has yet to complete a sex offender evaluation with the contract agency for the U.S. Probation Office, additional time at a residential reentry center is needed.  This was brought to Mr. Squetimkin's attention on October 1, 2009, at which time he informed he would not agree to this modification.

I declare under penalty of perjury that the foregoing is true and correct.

by          _____

Richard Law
U.S. Probation Officer
Date: October 1, 2009

Prob 12D
**Re:  Squetimkin, Stanley Joseph**
**October 1, 2009**
**Page 2**

## THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

_____
Date