UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-04-122-WFN |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING |
| v. ) | INITIAL APPEARANCE |
| ) | |
| STANLEY JOSEPH SQUETIMKIN, ) | |
| ) | |
| Defendant. ) | |

At the October 15, 2009, hearing to determine whether counsel should be appointed prior to a hearing before Judge Nielsen on a Request for modification (Ct. Rec. 130), Defendant was present with Assistant Federal Defender Jaime Hawk.  Assistant U.S. Attorney Donald Kresse represented the United States.

The Request for Summons and Modification of the Conditions or Term of Supervision was read to Defendant and he was advised of his rights.  The Federal Defenders' Office was appointed, and Defendant was directed to appear at 1:00 p.m., before Senior Judge Nielsen. The pro se request to dismiss summons **(Ct. Rec. 135)** was **DENIED.**

DATED October 15, 2009.


                          S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE- 1