PROB 12B
(7/93)

Report Date: March 15, 2010

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 16 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Stanley Joseph Squetimkin       Case Number: 2:04CR00122-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 4/5/2005       Type of Supervision: Supervised Release

Original Offense: Sexual Abuse of a Minor, 18 U.S.C. § 2243(a), 2246(2)(A) and (C)       Date Supervision Commenced: 10/15/2009

Original Sentence: Prison - 18 Months; TSR - 36 Months       Date Supervision Expires: 10/14/2012

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

26   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

27   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

Pursuant to US v Stephens, the above modification of conditions with the offenders consent is being submitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/15/2010

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
Re: Squetimkin, Stanley Joseph
March 15, 2010
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/16/10
Date