PROB 12C  
(7/93)

Report Date: April 16, 2010

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2010

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stanley Joseph Squetimkin    Case Number: 2:04CR00122-001

Address of Offender: Transient

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 04/05/2005

Original Offense: Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a), 2246(2)(A) and (c)

Original Sentence: Prison - 18 months;    Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney: Jared C. Kimball    Date Supervision Commenced: 10/15/2009

Defense Attorney: Jaime Hawk    Date Supervision Expires: 10/14/2012

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Squemtimkin submitted monthly supervision reports on March 26, and April 15, 2010. On both reports he listed his home address as #10 Homestead Trailer Park, Omak, Washington. However, on April 15, 2010, the defendant's cousin, Kleaver Gunn, who is the renter of the above listed address, advised that Mr. Squetimkin was forced to move out of the location on or about April 1, 2010, as the landlord did not want Mr. Squetimkin residing there.
2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**: Stanley Squemtimkin has failed to secure legitimate employment since the commencement of the term of supervised release.
3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

Prob12C
Re: Squetimkin, Stanley Joseph
April 16, 2010
Page 2

**Supporting Evidence**: On April 15, 2010, the undersigned officer was notified by Mr. Squetimkin's cousin, Kleaver Gunn, that Mr. Squetimkin moved out of his residence "a couple of weeks ago." To date, Mr. Squetimkin has failed to report a change of address. The defendant reported to the probation office on April 15, 2010, and was questioned where he was living. He indicated that he had been staying at various locations on the Colville Indian Reservation. He claimed to still stay at his last reported address on occasion, and last stayed there over a week ago. He would not provide the probation office with an alternate address, and acknowledged that he had been requested to move out of this residence at least 10 days ago.

4   **Special Condition # 16**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability.

**Supporting Evidence**: On April 15, 2010, contact was made with Mr. Squetimkin's sex offender counselor who advised that Mr. Squetimkin last attended treatment on March 9, 2010. Mr. Squetimkin chose not to participate in counseling and left the session after a 10-minute attendance, and has failed to follow- up with any additional counseling. It was reported that he left one message during the later part of March 2010, but failed to provide any contact information so the treatment provider could schedule another appointment.

5   **Special Condition # 18**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer.

**Supporting Evidence**: As noted above, Mr. Squetimkin appears to have changed residences, and has not notified the probation office. He has not secured permission to move, and his current residence is unknown.

6   **Special Condition # 20**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer.

**Supporting Evidence**: Contact with the Colville Tribal Police authorities on April 15, 2010, revealed that Mr. Squetimkin has failed to register a change of address as required. They further advised that criminal charges would be forthcoming in this matter as well.

Prob12C
Re: **Squetimkin, Stanley Joseph**
**April 16, 2010**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/16/2010

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/19/10
Date