PROB 12C  
(7/93)

Report Date: July 7, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 08 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Stanley Joseph Squetimkin        Case Number: 2:04CR00122-001

Address of Offender:                    Spokane, WA 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  4/5/2005

Original Offense:    Sexual Abuse of a Minor, 18 U.S.C. § 2243(a), 2246(2)(A)

Original Sentence:   Prison - 18 Months; TSR - 36 Months         Type of Supervision:  Supervised Release

Asst. U.S. Attorney:  Katherine Jill Bolton      Date Supervision Commenced:  10/18/2010

Defense Attorney:    Jaime Hawk           Date Supervision Expires:  4/17/2013

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
| | **Supporting Evidence**: Mr. Squetimkin submitted a monthly supervision report dated July 3, 2011, for the month of June 2011. He answered no to the following questions, "Were you questioned by any law enforcement officers?" and "Were you arrested or named as a defendant in any criminal case?" |
| | Mr. Squetimkin was arrested on or about June 4, 2011, by Coville Tribal Police in Omak, Washington. |
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On July 1, 2011, the undersigned officer attempted to contact Mr. Squetimkin at his residence. No contact was made and the undersigned officer's business card was left at the home directing the defendant to report to the probation office on July 5, 2011. Mr. Squetimkin failed to report on July 5, 2011, and his current whereabouts are unknown. |

Prob12C
Re: Squetimkin, Stanley Joseph
July 7, 2011
Page 2

| | | |
|---|---|---|
| | 3 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | | **Supporting Evidence**: On June 4, 2011, Mr. Squetimkin was arrested by Coville Tribal Police for an previous charge of failing to register as a sex offender. To date he has failed to report this arrest to the probation office. |
| | 4 | **Special Condition #14**: You shall complete a sex offender evaluation which may include psychological, physiological, polygraph, plethysmograph testing, and/or completion of the ABEL assessment. You shall pay according to your ability and allow the reciprocal release of information between the treatment provider and the supervising probation officer. |
| | | **Supporting Evidence**: Contact with Mr. Squetimkin's sex offender counselor has revealed that he has refused to submit to a polygraph examination. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   7/7/2011

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/8/2011
Date