PROB 12C
(7/93)

Report Date: August 13, 2012

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 3 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stanley Joseph Squetimkin    Case Number: 2:04CR00122-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 4/5/2005

Original Offense:    Sexual Abuse of a Minor, 18 U.S.C. § 2243(a), 2246(2)(A) and (C)

Original Sentence:   Prison - 18 Months          Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Jill Bolton               Date Supervision Commenced: 10/18/2010

Defense Attorney:    Jaime Hawk                Date Supervision Expires: 4/17/2013

### PETITIONING THE COURT

To issue a warrant, and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/7/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Mr. Squetimkin failed to report to the U.S. Probation Office and submit a complete written report within the first 5 days of the month of August 2012. Attempts have been made to contact Mr. Squetimkin by the U.S. probation officer supervising his case, however, attempts have been unsuccessful. |
| 6 | **Special Condition # 15**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability. |

Prob12C
Re: Squetimkin, Stanley Joseph
August 13, 2012
Page 2

|  |  |
|---|---|
|  | **Supporting Evidence**: Mr. Squetimkin failed to attend his scheduled sex offender treatment session on August 1, 2012. His last attended session was July 25, 2012. |
| 7 & 8 | **Special Condition # 22**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale. |
|  | **Special Condition # 25**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
|  | **Supporting Evidence**: On August 9, 2012, at approximately 5:30 p.m., Mr. Squetimikin was observed by a U.S. probation officer sitting at the bar of the Davenport Towers Hotel. Mr. Squetimkin was sitting alone at the bar with a can of Budweiser beer in front of him. After making eye contact with the U.S. probation officer, Mr. Squetimkin immediately left the establishment. The U.S. probation officer contacted the bartender to inquire if Mr. Squetimkin had purchased the beer. He was advised that Mr. Squetimkin had made the purchase with cash, and originally requested a "Coors." |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/13/2012

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

8/13/12
Date