FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 12 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Summons and Modification of the Conditions or Term of Supervision

Name of Offender: Stanley Joseph Squetimkin          Case Number: 2:04CR00122-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 4/5/2005          Type of Supervision: Supervised Release

Original Offense: Sexual Abuse of a Minor, 18 U.S.C. § 2243(a), 2246(2)(A) and (C)          Date Supervision Commenced: Currently under Bureau of Prison's jurisdiction.

Original Sentence: Prison - 78 Months
                  TSR - 36 Months          Date Supervision Expires: N/A

## PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows: to modify the conditions of supervision as follows:

14   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

The offender is scheduled to release from the custody of the Bureau of Prisons on May 21, 2013. He submitted one proposed release address to rural Okanogan County, Washington, that was denied due to its distance from any treatment providers. The offender refused to sign a waiver of hearing to modify his conditions of supervised release, and has denied the Bureau of Prisons' prerelease placement at the Spokane RRC. At this time, the offender does not have an approved release address. It is noted, the offender is currently incarcerated at FCI Herlong in California.

I declare under penalty of perjury that the foregoing is true and correct.

|  | by | s/Shane Moore | 04/11/2013 |
|---|---|---|---|
|  |  | Shane Moore<br>U.S. Probation Officer | Date |

THE COURT ORDERS

[ ]   No Action
[✓]  The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

4/12/13
_____
Date