PROB 12C
(7/93)

Report Date: August 12, 2013

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stanley Joseph Squetimkin         Case Number: 2:04CR00122-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 4/5/2005

| | |
|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. § 2243(a), 2246(2)(A) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 78 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Jill Bolton | Date Supervision Commenced: | 5/21/2013 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: | 1/20/2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Special Condition # 17**: The defendant shall live at an approved residence, and shall not change living situation without advance approval of the supervising officer. |
| | **Supporting Evidence**: During the morning of August 6, 2013, the offender's apartment manager reported he had not seen the offender since July 30, 2013, and that the offender was not staying at his apartment. On August 7, 2013, the undersigned attempted a home contact at the offender's residence. Mr. Squetimkin was not home at the time, so the undersigned left instructions on his door to report to the U.S. Probation Office on August 8, 2013, at 10:00 a.m.. On August 7, 2013, the undersigned contacted the offender's apartment manager. The manager advised the offender came to the apartment, paid his rent, then left on the afternoon of August 6, 2013. The offender did not report to the U.S. Probation Office on August 8, 2013. On August 9 and 12, 2013, the undersigned contacted the apartment manager, who advised the offender had not returned to the apartment and that the undersigned's reporting instructions remained on the offender's door. |

Prob12C
Re: Squetimkin, Stanley Joseph
August 12, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/12/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

August 12, 2013
Date