PROB 12C
(7/93)

Report Date: September 27, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 30 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Stanley Joseph Squetimkin            Case Number: 2:04CR00122-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 5, 2005

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a), 2246(2)(A) and (C) | |
| Original Sentence: | Prison 78 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Jared C. Kimball | Date Supervision Commenced: May 21, 2013 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: January 20, 2015 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Special Condition # 17**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer. |
| | **Supporting Evidence**: The offender was instructed by the undersigned that he could not sleep at any location other than his approved residence without advanced approval of the undersigned. Beginning on approximately September 18, 2013, and ending on approximately September 24, 2013, the offender was staying at an unapproved address located between Nespelem, and Omak, Washington. The offender did not seek advanced approval, or have approval, from the undersigned to be at this address. |
| 3 | **Special Condition # 15**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability. |

Prob12C
Re: Squetimkin, Stanley Joseph
September 27, 2013
Page 2

**Supporting Evidence:** On September 17, 2013, the offender rescheduled his one-on-one treatment session with his sex offender treatment counselor for September 24, 2013. The offender failed to attend his rescheduled treatment session on September 24, 2013.

4   **Special Condition # 19:** You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer.

**Supporting Evidence:** On September 16, 2013, Ray Gandee, apartment manager at the Wolfe Apartments, posted an abandonment notice on the offender's apartment door, notifying him he had 48 hours to contact the manager. After 48 hours, on September 19, 2013, the offender was evicted from his apartment, and Mr. Gandee removed the offender's belongings and changed the locks to the apartment door. Contact with the Spokane County Sheriff's Office on September 24, 2013, revealed the offender had not updated his sex offender registry regarding his change of address.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 27, 2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/30/13
Date