PROB 12C
(7/93)

Report Date: November 21, 2013

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stanley Joseph Squetimkin    Case Number: 2:04CR00122-001

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 5, 2005

Original Offense:     Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a), 2246(2)(A) and (C)

Original Sentence:    Prison 78 months; TSR - 36     Type of Supervision: Supervised Release
                      months

Asst. U.S. Attorney:  Jared C. Kimball              Date Supervision Commenced: May 21, 2013

Defense Attorney:     Robert R. Fischer             Date Supervision Expires: January 20, 2015

---

## PETITIONING THE COURT

**To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/12/2013, and 9/30/2013.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 25**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On November 21, 2013, the offender reported to the U.S. Probation/Pretrial Services Office and provided a breath sample with a breath alcohol content of .082. Subsequently, the offender admitted to consuming three beers on November 20, 2013, and signed an admission report form. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/21/2013

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

Prob12C
Re: Squetimkin, Stanley Joseph
November 21, 2013
Page 2

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

_____
Signature of Judicial Officer

Nov 21 2013
Date